U.S. DISTRICT JUDGE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER L. MANES,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant, | DISTRICT COURT<br>CASE NO. C05-5653RJB<br><br>NINTH CIRCUIT<br>CASE NO. 06-35658<br><br>ORDER FOR<br>ATTORNEY'S FEES, COSTS AND<br>EXPENSES UNDER EQUAL ACCESS<br>TO JUSTICE ACT |

The parties, acting through the respective counsel, hereby stipulate to entry of judgment against Defendant in favor or Joseph B. Lavin, attorney for Plaintiff, in the amount of $13,955.52 as reasonably incurred attorney's fees, and costs and expenses in the amount of $189.01, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Defendant shall pay this judgment to Joseph B. Lavin.

DATED this _____ day of _June_____, 2008.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

Dated:   May 14, 2008

s/Joseph B. Lavin
JOSEPH B. LAVIN, W.S.B.A. #11680
Attorney for Plaintiff

Proposed Order For Attorney's Fees, Costs and Expenses Under
Equal Access To Justice Act [C05-5653RJB & 06-35658]

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax: 360-457-5919